IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY M.,                                        No. 6:18-cv-01469-SU

               Plaintiff,                           ORDER

     v.

COMMISSIONER, Social Security
Administration,

               Defendant.

Merrill Schneider
Schneider Kerr & Robichaux
P.O. Box 14490
Portland, OR 97293

        Attorney for Plaintiff

Renata Gowie
U.S. Attorney's Office, District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204

Heather L. Griffith
Lars J. Nelson
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104

        Attorneys for Defendant

1 - ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Patricia Sullivan issued a Findings and Recommendation on August 21, 2019, in which she recommends that the Court reverse and remand the decision of the Commissioner. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Defendant timely filed objections to the Findings and Recommendation. When a party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Defendant's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Sullivan's Findings and Recommendation [19]. The decision of the Commissioner is reversed and remanded for further proceedings.

IT IS SO ORDERED.

DATED this 11 day of November, 2019.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER